PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

      *v.*           Docket #8:06CR148-1

**SHANE FRANK EHLERS**

On January 29, 2002, Mr. Ehlers was sentenced to 75 months custody, to be followed by 120 months supervised release. On February 12, 2003, Mr. Ehlers appeared on a Rule 35(b) hearing and his sentence was amended to 51 months custody, to be followed by 120 months supervised release. The period of supervised release commenced February 4, 2005. Mr. Ehlers has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Ehlers be discharged from supervision.

Respectfully submitted,

*Kala Hayden*  
Kala Hayden  
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   26th   day of   February  , 2010.

*Joseph F. Bataillon*  
The Honorable Joseph F. Bataillon  
United States District Judge